Recp# 108537
√# 117

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re:  SCHMELTZ, JEREMY J.      Case No. 09-37549
       SCHMELTZ, SHAWNDA K.

                                                        Judge Mary Ann Whipple

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Recovery Management Systems Corp., For GE Money Bank, dba American Eagle | 25 SE 2nd Ave., STE 1120, Miami, FL 33131 | $2.75 |

Check for $2.75 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

*/s/ Ericka Parker*
Ericka S. Parker, Trustee

Dated:  5/28/10

Cc:
Office of the U.S. Trustee